SHELDON THOMPSON, JR., as Receiver, Appellant, *v.* BRUNSWICK-BALKE-COLLENDER COMPANY, Respondent.

Argued March 19, 1942; decided April 23, 1942.

*Edward H. Kavinoky* and *Michael M. Cohn* for appellant.

*Leonard W. M. Zingler, William G. Conable* and *Whitney W. Gilbert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.